IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

```
UNITED STATES OF AMERICA          )
                                  )
            v.                    )    No. 1:03cr530
                                  )
JAMES A. TROVATO,                 )
                                  )
            Movant.               )
```

Order

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that James Trovato's Motion To Vacate And Set Aside Sentence be and is DISMISSED WITH PREJUDICE.

Should he wish to appeal, movant must file a notice of appeal in writing with the Clerk of this Court within sixty (60) days of the date of this Order.  He must also request and obtain a certificate of appealability from a circuit justice or judge. See 28 U.S.C. §2253(c)(1)(B); Fed. R. App. P. 22(b).  This Court expressly declines to issue such a certificate.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 28th day of June, 2005.

```
                              _____/s/_____
                              Leonie M. Brinkema
_____  United States District Judge
```

Alexandria, Virginia